Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

22 CV 1857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> CHILDREN 777 STORE, CHILDREN AND BABY HOUSE STORE, DISNEYTOYS STORE, DOBBLE SPOT IT STORE, DONGYANG CHENCHEN JEWELRY FACTORY, FOREIGNERS STORE, FRANCIS 001 STORE, FUNNY TOY9 STORE, GIFT FOR CHILDREN STORE, GUANGDONG SANSAN SUPPLY CHAIN CO., LTD., GUANGDONG WINWIN TECHNOLOGY CO., LTD., GUANGZHOU CHUMU BIOLOGICAL TECHNOLOGY CO., LTD., GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU LINK BRAND TEXTILE CO., LTD., GYX LBL 2 STORE, GYX LBL STORE, HANGZHOU TONGHE TOYS CO., LTD., HEBEI YERONG TRADING COMPANY CO., LTD., HENAN SENFA TRADING CO., LTD., HUNAN GUICHUANG TRADE CO., LTD., JINAN DEFANG DECORATIVE CO.,LTD., JINHUA HAIRONG IMPORT AND EXPORT CO., LTD., LITTLE HAPPINESS STORE STORE, LITTLE MONKEY TOY STORE, MOBOKONO STORE, NINGBO WATERDROP PAPER CRAFT CO., LTD., PARENT CHILD HAPPINESS FACTORY STORE, SAKANA STORE, SHANGHAI JINWANG LUGGAGE | MISCELLANEOUS CASE No. <br> No. 22-mc-66 <br><br> ~~[PROPOSED]~~ <br> ORDER TEMPORARILY <br> SEALING FILE <br><br><br> FILED UNDER SEAL |

TRAVEL PRODUCTS CO., LTD., SHENZHEN
ANJIYOUPIN CO., LTD., SHENZHEN XINGMAN
INDUSTRY CO., LTD., SHOP911576140 STORE,
SHOP912624392 STORE, WARDROBE NO. 6
STORE, XEPM STORE, XINXIANG PURUIGE
IMPORT AND EXPORT TRADING CO., LTD.,
XINXIANG QUCHUANG TOYS CO., LTD.,
YANGZHOU CHAOMAN CULTURAL MEDIA CO.,
LTD., YANGZHOU EVERGROW TOYS
MANUFACTURE CO., LTD., YANGZHOU HOME
KA CRAFTS LTD., YANGZHOU LSD
ELECTRONICS CO., LTD., YANGZHOU ROUND
TOY CO., LTD., YANGZHOU TONG CAIYAN
INTERNATIONAL TRADE CO., LTD., YANGZHOU
U-TRON IMPORT & EXPORT CO., LTD.,
YANGZHOU XIANGRUI CRAFT GIFT CO., LTD.,
YANGZHOU YIZHAI HOME FURNISHING CO.,
LTD., YIWU JINBIAO TEXTILE CO., LTD., YIWU
MIAOJIA TECHNOLOGY CO., LTD., YIWU TAOKE
TRADE CO., LTD., YIWU YANRUI ARTS&
CRAFTS CO., LTD., YIWU YOUYI IMPORT AND
EXPORT CO., LTD., YIWU ZIHAN IMPORT AND
EXPORT CO., LTD., ZHAOQING ZHUOXING
SILICONE PRODUCT CO., LTD. and ZHONGSHAN
YIXUAN CRAFT & GIFT CO., LTD.,

*Defendants*

Case 1:22-ent:-22-066-0U066-DoCdiment-14e(Ex8Parte)-d 08/68/23/02/02e 3 Page 3 of 3

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Jonathan Kelly and Danielle S. Futterman and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court, whichever first occurs.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this _third_ day of ___March___, 2022, at __9:00__ a.m.

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
PART I